Good morning. My name is Ken McKenna. I'm here on behalf of the appellant Sylvia Dominguez-Curry I think the essence of this Dealing with that magic word pretext My client is a female who's experienced has more experience than the male candidate for this promotion The male candidate is chosen the claim by the defendant is he had some College education that was superior to hers, and he had a couple years of law school Which he failed and didn't finish law school She on the other hand had many many years of experience actually doing the function So they say he was the better one because of the education we can certainly See and what do your clients say about his qualifications? My client believes she was much more qualified than he ended now, what did he say about the person that they selected? That he wasn't as qualified as she was and his education his college education had no real relevance For the job that needed to be done in this case and that experience was a better Indicator of who was the best qualified and the point of course of that is we've all heard cases where? The person with experience is chosen Over the person with the academic credentials that can certainly be an appropriate choice and the person with the academic credentials would say well wait I'm I'm smarter well, okay, but experience counts So the question here is was their choice of choosing education over experience Legitimate because that's the essence of this case and of course we have to say well. It's a pretext You chose him Because he's a him and you didn't choose her because she's a female now. What evidence do we have of that? We have substantial evidence of that we have the statement by the one of two people who made this decision This is a quote that was never disputed When I fill this position of Program officer three I'm gonna hire a guy and he is going to do such-and-such and such-and-such This person who got to make the decision That my client didn't get the job also over a period of time had said Every woman who went to work for this division became pregnant. He's angry about that Employees calling to work when their children are sick. He was angry about that He said to my client if you were a man, you would know the answer to that question You're presenting to me when she approached him for advice. He called female workers stupid He berated female workers generally he said Female co-workers are getting paid too much That they didn't deserve the pay of men He said females because of their petite size can't do the men the work that men can do He said that the bitch knew she was pregnant When I hired her was angry that a female employee that he hired was pregnant after the fact He said around the office Derogatory comments about women he told as it's quoted the blonde and big tit jokes routinely He used tits and ass as part of his daily language now Is that enough evidence? That maybe they hired the man instead of the woman and that education wasn't the reason yeah Absolutely, it is. That's why we're here. Why aren't we in front of a jury? That's my question How come this case was thrown out on summary judgment when we have the person making the decision? Quoted as saying when I fill the position. I'm gonna hire a guy was there more than one decision maker two decision makers This fellow with this history or whatever AC with this history and another fellow whose name I'm probably not going to be able to pronounce A Lucy Lucy or a Lucy G. I'm sorry, and we never deposed him and I'm not familiar with the pronunciation of his name Who was his supervisor who is not directly involved in anything now? The defense makes the statement in their briefs the blatant statement without any support whatsoever other than saying it that this was independently Decided because you know you have these two people instead of just mr. Stacey this bad terrible individual who's shown his propensities against women. So because we have this other individual it is now independent That's ridiculous when you have this kind of behavior. The next thing they want to say is that Guy doesn't mean man You know, I feel like I've just went back in time to is doesn't mean is They make an argument that when he says guy he means you guys You know like you guys the boys the girls the children the old people Ridiculous, that's their Substantial evidence against our evidence of pretext that when he said I'm gonna hire a guy he didn't mean a man Why don't you save your time for a bottle and we'll hear from the other side, thank you Thank you May please the court. My name is Teresa teen house. I'm a senior deputy attorney general for the state of Nevada I represent the Nevada Department of Transportation and rock Stacy in this matter First of all on this issue of the discriminatory failure to promote the question here really is what Evans? Evidence does miss Dominguez curry have to prove that the legitimate business reason for hiring? Mr Andrews proffered by the employer was has to raise a tribal issue of fact. That's correct So you have to look at evidence of pretext and then you have to look at the standard for evidence of pretext Evidence of pretext. This is the standard from the Steckel versus Motorola case and others specific substantial evidence that is significantly Probative so if you take that standard and look at the evidence that she has presented She has isolated incidents of jokes and comments over a six-year period of time Most of these way remote in time to the actual hiring decision though on the What comment did she make about the qual in her depositions about the Qualifications of the person that actually got hired. She said he was more qualified than she was She admitted that on her deposition. All right, if she admitted that Where does that put her relative to being able to show another reason? If I understand your question the admission of The fact that he may be more qualified She could still come forward with evidence of pretext what it What it means in the terms of the other cases that I've cited in my brief is well But I guess if she says he's more qualified then how can that be false that he's more qualified? If she herself says in if she says you say he's more qualified Correct. That was your position, correct? If she says he's more qualified then What does the rest of it matter? well, if you look at it if I understand your question the In the argument that that mr. McKenna just presented he he treats this as though it was a promotional opportunity This was not a promotion. This was an open competitive Recruitment by the state of Nevada and that means that She was given no points for the fact that she had worked in that section or division for six years It was not a promotional opportunity. It was open. He said she said she was more qualified so I'm based on her experience your honor based on her experience as a As a worker in that area. She felt she was more qualified. Well, then I just asked you what what was her statement? And you said she said he was more qualified. So how can well, no, I'm saying he I'm sorry Mr. McKenna just said in his argument that she said she was way more qualified in her deposition. She admitted that. Mr Andrews was more. Well, what she said what she said was I believe I Believe he was very qualified and he may be more qualified than me, but that was not the Dash I just knew because he had the right body parts Correct is why he got hired in addition to being qualified and the the issue of the correct body parts Your honor has to do with the the issue of pretext, right? But I think I think on the issue of whether she admitted she was he was more qualified in context I don't I don't see how you can draw the conclusion that she made an unequivocal admission the questions about academic experience and So, did you feel you were more qualified than Phil Andrews because he's talking about the his is his grades and his law school experience Do you feel that you were more qualified than Phil Andrews the job answer? I think he's very qualified the job, but I was already coming in with a lot of hands-on experience on the job Well, so was mr. Andrews your honor. He had actually done this job in the style She didn't admit that he was more qualified She said he was qualified But she thought she also she had she was more qualified for other reasons Correct, but she was going on the fact just like mr. McKenna just did that. This was some sort of a promotion This was not a promotion. Well, but I guess what I'm saying is if she actually admitted he was more qualified if you know if she flat-out said he was more qualified than I was without then I Think she wouldn't have proven that your reason Was false and therefore she would fail on the pretext, but she doesn't admit that She doesn't admit he was more qualified. He she admits he was qualified Correct. She thinks she's you know She she says why she thinks more he was more she was more qualified because he flunked out of law school anyway, or whatever Okay on I also I don't see how on the hostile workplace I Don't see how you get past that there. I mean there were a lot of statements there I mean if that's not a hostile work environment Well, your honor according to the Supreme Court. You have to look at the workplace as a totality of circumstances You can't just look at it in isolation So you have to consider all these circumstances the frequency of the conduct its severity was a physical Physically threatening or humiliating or a mere offensive utterance and more importantly did it interfere unreasonably with the plaintiff's work performance? And if you look at the evidence of that, she does not have evidence of that. It was a In her brief just as in her opposition to summary judgment. She makes sweeping assertions, but there's no Specific evidence to take to trial. For example, there's no dispute that there was no there was no physical Contact in this case. There was never any unwanted physical conduct There was never any unwanted sexual remarks made specifically to miss Dominguez-Curry. There's only one incident of something physical and that was Many years ago when mr. Stacy was angry and he kicked One of the co-workers chairs not because of her gender and miss Dominguez-Curry admitted that in her deposition It wasn't because Paula Morton was a female. It was because mr. Stacy was angry with Paula Morton For erasing an entire computer program So if you look at the context also, which is very important under the Harris versus forklift systems Look at the context of these comments. The workplace office was very very small Everybody was overhearing everybody else's conversations. The women would be talking about Things about their families and whatnot and mr. Stacy would make a comment and they would find it offensive What do you think is there any significance to the fact that she never complained about this? No, I don't believe so your honor because she worked in a Office with other women and they talked about it I think they complained to each other the fact that she never complained directly to mr. Stacy himself. I don't believe is the case Is really important in this case. She had a good working relationship with him I think the reason why she probably didn't complain to him is explained pretty clearly. She said in her deposition She always felt friendly towards. Mr. Stacy. They traveled together frequently when they went out to job sites in the field They talked they shared personal information. Is this the kind of situation of a hostile work environment? No, and more importantly there is nothing and there's no dispute that the conduct of mr Stacy did not unreasonably interfere with her work performance. She told me in her deposition. She always did her job She didn't stop going out to job sites with mr. Stacy because he was so Offensive to her she didn't stop coming to work because he was too offensive. She didn't You know try to get a transfer or something She didn't she did her job and she felt felt like she did it So well, she went for an opportunity that was way out of her her grade and the conduct here doesn't come even close to the cases that are cited in my brief where there was name-calling and Frequent requests for sex and unwanted touching the standards. There's a big difference between I'm sorry, you know in my mind. There's a you know, there are of course the harassment cases which are To which you allude this is not a harassment case. This is this is in the classic sense of sexual harassment We're talking about a discrimination which is entirely different You can have discriminatory animus and express it and create a hostile work environment the fact that you don't necessarily touch anybody Doesn't to me doesn't doesn't get you very far because that's not the claim in this case the claim is bias against women in general Well the claim there's two claims your honor There's the claim of bias against women that has to do with the failure to receive the job and then there's the hostile work environment Claim which is a separate claim under title 7 as I see it and for the standard for that is the standard of a reasonable woman and nothing that miss Dominguez-Curry has alleged none of these jokes that she talked about and the the Any of the comments that mr Stacy made nothing is None of this is worse than what you'd see or hear if you turned your television set on at 8 p.m And watch prime-time TV the sitcoms that are directed to you Your television doesn't talk back to you. Well, I would like to think that you wouldn't I would like to think that State departments would not justify this sort of workplace What I'm saying is that she admitted in her deposition I mean, I can turn the TV off. I don't I you know, but if I have to sit and listen to someone at work I can't turn them off especially if they're my boss. Well, you can't and it's even worse if you've got physical conduct and threatening type of Behavior, but she she didn't Why do you think that that is the I mean that that may be a factor and it is when we're talking about Sexual harassment cases and involving Somebody who wants to extract Sexual favors for promotion, but that's not the allegation here. It's a hostile work environment because because he's making Discriminatory comments every that's correct. And that's so in that context. I think it seems to me that the physical contact Requirement is or a factor is Lessons of less importance. That's what I'm saying If you have no physical conduct in in a case like this, you're strictly talking about offensive comments and offensive Behavior, I think there's categories. There's not they're not concentric circles Well, but the standard is is high on titles How could the standard for network television be be higher than than title 7 because we're not employed by network television You know the difference is the whole the whole the reason that the title 7 exists the employment context and it was a matter of control It's the abuse of power in the workplace by by making these kind of comments Now whether it rises or or not in this case, maybe it is a different factor But I think I guess I'm just suggesting your television analogy is is imperfect Well, I'm suggesting it your honor because the standard is that of a reasonable woman And so if you take a reasonable woman, yes, she would be offended by this Yes, but does this mean that she is entitled to relief under title 7? That's the question right now the question is whether or not she's raised evidence To get beyond summary presented enough evidence to get beyond summary judgment whether she can prove it at trial before a jury is another question Right, but in other cases where there's been similar types of behavior The courts are saying this is not this is not title 7 material This is this is the ordinary tribulations of the workplace. This is not the kind of thing that title 7 was meant to to alleviate it doesn't Title 7 doesn't guarantee that all offensive behavior is out of the workplace It only guarantees that discriminatory offensive behavior is out of the workplace Your time is expired. Thank you rebuttal Mr. Stacy who we've talked about in his behavior also made the comment that I didn't bring up in my first opportunity to speak to you He said that women Should only be in subservient positions and that he would never work for a woman supervisor He would quit his job Before he would work for a woman supervisor. This is the man That got to make the decision whether a female or a male was chosen for this job, I Don't know that I've ever had facts this strong About the obvious pretextual issue. Should we consider that evidence in this case my opinion? I wish you would You know And I know I have a couple of minutes here and I I just I have to say something broader Than what we're talking about in this case You know, I I became a try. I'm very proud to be a trial lawyer. I became a trial lawyer I grew up on the wrong side of the tracks and I became a trial lawyer to fight injustice And I have to tell you I think the judicial system and I was always proud of the judicial system is the only branch of Government was a small guy the little guy the weakest in our society can be heard They get their opportunity in a courtroom in front of their peers and they get to find out if they're right or wrong And I have to tell you I am very disappointed and I am saddened by the state of our judicial system in the last few years I've been doing employment law for probably 10 years You used to get to go to trial Juries used to tell you if you won or lost But you know what somehow somewhere the system didn't like that and so now you don't get to go to trial anymore you have many trials on paper in front of judges and Magistrates and federal judges tell you you have to prove your case right to a jury but now to a judge Summary judgment used to be disfavored in the lie Remember those quotes summary judgment is disfavored people should go to court and have jury trials now summary judgment is favored Why convenience? Expediency trials are messy and ugly time-consuming and expensive Sure, is that a reason people don't get to go to court anymore? Is the third branch the judicial branch of government going to be politicized just like the executive and legislative? I'm saddened. I hope that this case gets to go to trial I hope every case gets to go to trial and that we stop granting summary judgment and that you stop Upholding these grants. I think we've got your editorial All right, we're gonna take about a 10-minute recess and Just quick We'll take we'll be at recess for 10 minutes and then we'll hear the last case in the calendar
judges: Thomas, Paez, Callahan